FILED

11/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0436

INT THE SUPREME COURT OF THE
STATE OF MONTANA
Case No. DA 21-0436

CHARLOTTE MANDICH,

Plaintiff/Appellee,

vs.

MARK AND KATHLEEN FRENCH,

Defendants/Appellants.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' OPENING BRIEF

On appeal from the Montana Twentieth Judicial District Court
Sanders County, Cause No. DV 19-87 Before Hon. Robert G. Olson of Ninth
Judicial District

Graham J. Coppes
Emily F. Wilmott
FERGUSON LAW OFFICE PLLC
425 E. Spruce Street
P.O. Box 8359
Missoula, MT 598073

Jesse Kodadek
Elizabeth W. Erickson
Worden Thane P.C.
321 W. Broadway, Suite 300
Missoula, MT 59802

Upon Appellants Mark and Kathleen French's Unopposed Motion for Extension of Time to File Opening Brief, have not asked for or received an extension to file Opening Brief in this matter prior to this motion, pursuant to Rule 26(1) which grants all parties on such extension, and good cause appearing,

IT IS HEREBY ORDERED that Appellants Mark and Kathleen French shall have until December 12, 2021 to file their Opening Brief.

DATED this _____th day of _____ 2021

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 8 2021